No. 49, Misc. LUACES *v.* MAY, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Doar,* and *Harold H. Greene* for respondent.

No. 51, Misc. PRYSOCK *v.* WEAKLEY, REFORMATORY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 57, Misc. DOUB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 61, Misc. JOHNSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *James J. Laughlin* and *William J. Garber* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 62, Misc. VON ATZINGER *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se.* *John G. Thevos* for respondent.

No. 63, Misc. BARNES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 71, Misc. RICHARDSON *v.* MARKLEY, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.